IN THE MATTER OF RUTGERS UNIVERSITY v. RUTGERS UNIVERSITY COLLEGE TEACHERS ASSOCIATION.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL POLITO.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HYRES, HERBERT E. DOLAN AND MICHAEL RYTELEWSKI.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DAVIS.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LaFORGE.

April 18, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BRYANT AND JAMES BRYANT.

April 18, 1978. Petition for certification denied.